UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-24903-CIV-MARTINEZ/LOUIS
(15-20694-CR-MARTINEZ)

TYRONE ANDERSON,

     Movant,

vs.

UNITED STATES OF AMERICA,

     Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Lauren Fleischer Louis, United States Magistrate Judge, for a Report and Recommendation on Movant's *pro se* motion to vacate pursuant to 28 U.S.C. § 2255. (DE 2). Magistrate Judge Louis filed a Report and Recommendation ("R&R") concluding that Plaintiff's Motion should be denied as procedurally defaulted for failure to raise the matter on direct appeal. (DE 13). Movant did not file objections. The Court having reviewed the R&R and record in this case *de novo*, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Louis's Report and Recommendation (DE 13) is **AFFIRMED** and **ADOPTED**. The Motion is **DENIED**. No certificate of appealability shall issue. The Clerk is directed to mark this case **CLOSED** and **DENY** pending motions as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of September, 2020.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE